■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN TIRADO, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on August 15, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WILLIAMSTON, Appellant.—Judgment, Supreme Court, Bronx County (Ernst Rosenberger, J.), rendered on October 15, 1984, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Carro, Kassal and Ellerin, JJ.